UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>AARON HINES,<br><br>                              Defendant. | **ORDER**<br><br>25 Cr. 0025-1 (ER) |

Ramos, D.J.:

The Federal Defender assigned to this case, Martin Cohen, is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to the following CJA attorneys:  **Kathleen E. Cassidy and Telemachus P. Kasulis**.

SO ORDERED.

Dated: New York, New York
         October 1, 2025

_____
Edgardo Ramos, U.S.D.J.