# MEMO ENDORSED

## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

kcassidy@maglaw.com
212-880-9413

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

June 24, 2026

## LETTER MOTION TO SEAL

**VIA ECF**
The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10017

> The application for leave to file under seal is granted.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: 6/25/2026
> New York, New York

Re:    United States v. Aaron Hines,
       25 Cr. 0025-1 (ER)

Dear Judge Ramos:

We represent Mr. Aaron Hines in the above-referenced matter. Pursuant to the E-Government Act of 2002 and the Southern District's ECF Rules & Instructions, Section 21, Privacy and Public Access to ECF cases ("Privacy Policy") and the Individual Practices of Judge Edgardo Ramos ("Individual Practices"), we write to request that an unredacted version of Mr. Hines's sentencing submission and certain accompanying exhibits, including videos and text messages designated as Attorney's Possession Only Material ("APO") pursuant to the Court's protective order (ECF No. 18), be filed under seal. Courtesy copies of Mr. Hines's unredacted sentencing submission and exhibits will be delivered to Chambers and provided at the sentencing proceeding with gray highlighting and gray borders for photos to indicate which portions of the sentencing submission and exhibits are subject to sealing.

Filing under seal is appropriate for the proposed sealed portions of Mr. Hines's sentencing submission and accompanying exhibits because, in addition to the five categories of sensitive information and six categories of information requiring caution as defined in the Privacy Policy and Individual Practices, portions of these materials are designated as APO Material pursuant to the Court's protective order (ECF No. 18). Such materials were so designated as APO because

2

"[c]ertain materials in this case raise a particular risk of affecting the privacy or safety of victims or witnesses, or the confidentiality of ongoing investigations."  ECF No. 18 at 2.

Accordingly, we request that these materials be filed under seal.  If the Court denies this letter motion to seal, we request the opportunity to revise and resubmit the Letter Motion to Seal.

We appreciate the Court's time and attention to this matter.

Sincerely,

*/s/ Kathleen E. Cassidy*
Kathleen E. Cassidy
Tyler J. Good-Cohn

*Attorneys for Aaron Hines*

cc: Assistant United States Attorney Henry L. Ross (*via ECF*)

2